UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELAINE JEFFERSON.,

                              Plaintiff,

             -against-                                25-CV-05074 (MMG)

MTA, et al.,                                          **<u>ORDER</u>**

                              Defendants.

MARGARET M. GARNETT, United States District Judge:

        Plaintiff, proceeding *pro se*, commenced this action on June 17, 2025, by filing a complaint against the Metropolitan Transit Authority ("MTA"), the City of New York (the "City"), the State of New York ("the State"), and the United States of America (the "United States").  *See* Dkt. No. 1.  Plaintiff has since failed in multiple respects to timely prosecute her case.  In consideration of Plaintiff's *pro se* status, the Court will afford her an additional opportunity to correct the deficiencies.

        First, the docket does not reflect that the summons and Complaint were ever served on the State or the United States.  The 90-day deadline for service has long expired.  Plaintiff's failure to serve is grounds for dismissal of the State and the United States from this action.  By **January 9, 2026**, Plaintiff shall properly serve the State and the United States with the summons and Complaint.  By **January 13, 2026**, Plaintiff shall file proof of such service and shall provide to the Court good cause why service was not completed within the 90 days allowed.  **If Plaintiff fails to complete service or to show good cause for her prior delay, the Court will dismiss the State and the United States from this action.**

        Second, Plaintiff has failed to respond to the motions to dismiss filed by the MTA and the City on July 7, 2025, and July 8, 2025, respectively, or to seek an extension of her time to respond.  *See* Dkt. Nos. 7 & 14.  The MTA and the City timely served Plaintiff with the motions and supporting papers, as well as the notice required under Local Civil Rule 12.1 for *pro se* litigants.  Dkt. Nos. 19–21.  As stated in the notice, the motions may result in the dismissal of Plaintiff's claims without a trial.  By **January 9, 2026**, Plaintiff shall file any opposition to the pending motions to dismiss.  **If Plaintiff fails to oppose the motions by January 9, the Court will deem the motions unopposed and consider them on their merits.**

In summary, Plaintiff is cautioned that failure to comply with the instructions and orders herein may result in the dismissal of some or all of her claims without further notice to any party.

Dated: December 8, 2025
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge